### CAY v. VEREEN.

(Circuit Court of Appeals, Fifth Circuit. April 6, 1906.)

No. 1,544.

APPEAL—APPEALABLE DECREE—DISMISSAL AS TO ONE DEFENDANT.

A decree dismissing a bill as to one of two or more defendants, leaving the case undisposed of as to the others, is not a final decree, and not appealable.

[Ed. Note.—For cases in point, see vol. 2, Cent. Dig. Appeal and Error, §§ 484–493.]

Appeal from the Circuit Court of the United States for the Northern District of Florida.

W. A. Blount and A. C. Blount, Jr., for appellant.
Thos. L. Clarke and Spencer R. Atkinson, for appellee.

Before McCORMICK and SHELBY, Circuit Judges, and PARLANGE, District Judge.

PER CURIAM. This was a suit in equity by the appellant, as complainant, against the Coast Cypress Lumber Company, a corporation, and W. C. Vereen, defendants. A decree was rendered "That the complainant's bill of complaint as against the defendant W. C. Vereen be, and the same is, hereby dismissed." The appeal was taken

from this decree. The record shows no disposition of the case as to the other defendant. An appeal does not lie until there has been a final disposition of the case as to both defendants. The appeal is dismissed for want of jurisdiction. Hohorst v. Packet Co., 148 U. S. 262, 13 Sup. Ct. 590, 37 L. Ed. 443; Menge v. Warriner, 120 Fed. 816, 57 C. C. A. 432.

Dismissed.